# Index of Exhibits
*United States v. Rodrigues-Barios*
*20-CR-1684-LAB*

| | Page |
|---|---|
| Ex A: Declaration of Professor Kelly Lytle Hernandez | 1 |
| Ex B: Immigration Committee Report, "The Eugenical Aspects of Deportation" (February 21, 1926) | 10 |
| Ex C: Congressional Record - House 3614 (February 16, 1929) | 100 |
| Ex D: Congressional Record - House 5887 (April 8, 1924) | 109 |
| Ex E: Congressional Record - House 2818 (February 9, 1928) | 125 |
| Ex F: Congressional Record - House 2462 (February 3, 1928) | 128 |
| Ex G: Immigration Committee Report (January 12, 1926) | 131 |
| Ex H: Senate Report No. 1456, "Making it a Felony with Penalty for Certain Aliens to Enter the United States under Certain Condition in Violation of Law" (January 17, 1929) | 167 |
| Ex I: Congressional Record - Senate 5094 (January 23, 1929) | 170 |
| Ex J: House Report No. 2397, "Deportation of Aliens" (February 6, 1929) | 172 |
| Ex K: Congressional Record - House 3525 (February 15, 1929) | 187 |
| Ex L: 70th Cong., Sess. II, Chap. 690 (March 4, 1929) | 200 |
| Ex M: Curriculum Vitae of Professor Kelly Lytle Hernández | 203 |
| Ex N: Curriculum Vitae of Professor Benjamin Gonzalez O'Brien | 219 |