# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 20CR1684-LAB |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| MANUEL RODRIGUES-BARIOS | Booking No. 85183298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  6/15/21
the Court entered the following order:

_____   Defendant be release from custody.

_____   Defendant placed on supervised / unsupervised probation / supervised release.

_____   Defendant continued on supervised / unsupervised probation / supervised release.

_____   Defendant released on _____ Bond posted.

_____   Defendant appeared in Court. FINGERPRINT & RELEASE.

_____   Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

_____   Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____   Bench Warrant Recalled.

_____   Defendant forfeited collateral.

_____   Case dismissed.

__X__   Charges pending in case no. 19CR2118-LAB

_____   Defendant to be release to Pretrial Services for electronic monitoring.

__X__   Other. PROBATION 5 YEARS


LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by  T. Weisbeck, EXT. 6038

6/15/21
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

| | |
|---|---|
| **From:** | Scott, Andrea (USMS) <> on behalf of CAS Releases <> |
| **To:** | T. Weisbeck |
| **Sent:** | Tuesday, June 15, 2021 1:32 PM |
| **Subject:** | Read: abstract 20cr1684-LAB |

Your message

 To: CAS Releases
 Subject: abstract 20cr1684-LAB
 Sent: Tuesday, June 15, 2021 1:29:21 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Tuesday, June 15, 2021 1:27:44 PM (UTC-08:00) Pacific Time (US & Canada).

1