|  | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>DEC 10 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>MANUEL RODRIGUES-BARIOS,<br><br>    Defendant-Appellant. | No. 21-50145<br><br>D.C. No. 3:20-cr-01684-LAB-1<br>Southern District of California,<br>San Diego<br><br>ORDER |

Appellant's unopposed motion (Docket Entry No. 6) for an extension of time to file the opening brief is granted.

The opening brief is due March 14, 2022. The answering brief is due April 13, 2022. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

11/29/2021/Pro Mo